**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JAMEY MCKEE,

      Plaintiff,

  v.

A. JORDAN, *et al.*,

      Defendants.

No. 4:25-CV-02196

(Chief Judge Brann)

## ORDER

**AND NOW**, this 19th day of March 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 Fourteenth Amendment substantive due process claim against defendant Jordan is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. All official capacity claims seeking monetary damages are **DISMISSED** as barred by Eleventh Amendment sovereign immunity and pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. This case will proceed only as to the following Section 1983 claims: (1) individual capacity First Amendment retaliation against Jordan and Matthews; and (2) official capacity retaliation against Jordan for prospective injunctive relief only.

4. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to SERVE a copy of the Complaint (Doc. 1), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399), and this Order on defendants A. Jordan and G. Matthews at SCI Mahanoy. In the interests of efficient administrative judicial economy, the Court

requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

5.    If service is unable to be completed due to Plaintiff's failure to properly name a Defendant or provide an accurate mailing address, Plaintiff will be required to correct this deficiency.  Failure to comply may result in the dismissal of Plaintiff's claim(s) against Defendant(s) pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2